**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
)
FAISAL BIN ALI JABER, *et al.*, )
)
        Plaintiffs, )
)
        v. )    Civil Action No. 16-cv-00742 (KBJ)
)
DEPARTMENT OF DEFENSE, *et al.*, )
)
        Defendants. )
_____ )

**NOTICE OF NON-OPPOSITION**

Defendants Department of Defense, *et al.* ("Defendants"), by and through undersigned counsel, respectfully submit the instant notice to advise the Court that Plaintiffs have not filed an opposition to Defendants' Motion for Summary Judgment. Accordingly, although Defendants' reply memorandum would have been due this day, March 10, 2017, no opposition was filed necessitating a reply.

This action arises under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, and involves requests for records relating to an alleged drone strike that purportedly occurred in Yemen in 2012. *See* First Am. Compl. ¶ 18. On November 8, 2016, the Court adopted the parties' proposed briefing schedule, and in accordance with the original timetable, Defendants filed their Motion for Summary Judgment on December 16, 2016. *See* Dkt. No. 23. In a subsequent January 24, 2017 Minute Order, the Court granted Defendants' Unopposed Motion to Modify the Briefing Schedule. The modified schedule required Plaintiffs to file their opposition to Defendants' motion for summary judgment and cross-motion for summary judgment by February 10, 2017, and Defendants to file their reply memorandum in support of summary

judgment and opposition to Plaintiffs' cross-motion for summary judgment by March 10, 2017. *See* January 24, 2017 Minute Order & Dkt. No. 27.

On March 3, 2017, Plaintiffs' counsel acknowledged to the undersigned counsel for Defendants that Plaintiffs failed to file their opposition and cross-motion for summary judgment by the February 10, 2017 deadline.  Plaintiffs' counsel also stated that he intended to file a motion for a *nunc pro tunc* extension of time to file Plaintiffs' brief.  The undersigned counsel responded that Defendants neither opposed nor consented to the extension motion—*i.e.* the Government took no position with regard to Plaintiffs' request.  The parties agreed that in the event the Court ultimately granted the extension request, the remaining deadlines—including the date by which Defendants must file their reply memorandum and opposition—should be adjusted in accordance with the modified briefing schedule.

To date, Plaintiffs have not filed their opposition and cross-motion for summary judgment or, alternatively, a motion for an extension of time.  *See* Fed. R. Civ. P. 41(b) (allowing for the dismissal of a case when "the plaintiff fails to prosecute or to comply with these rules or a court order").  Although Defendants' March 10, 2017 deadline is still ostensibly in effect, Defendants respectfully advise the Court that, given the lack of an opposition, Defendants are not in a position to file a reply.

//
//
//
//
//
//

Dated: March 10, 2017 Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

*/s/ Stephen M. Elliott*
STEPHEN M. ELLIOTT
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7318
Washington, D.C. 20530
Tel: (202) 305-8177
Email: stephen.elliott@usdoj.gov

Counsel for Defendants