UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAISAL BIN ALI JABER, *et al.*, | * |
| Plaintiffs, | * |
| v. | * |
| | * Civil Action No. 1:16-cv-00742 (KBJ) |
| DEPARTMENT OF DEFENSE, *et al.*, | * |
| Defendants. | * |

## **PLAINTIFFS' RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE**

Defendants filed a Motion for Summary Judgment on 16 December 2016. Pursuant to an agreement between the parties, the Court ordered Plaintiffs to file their consolidated Opposition and Cross-Motion for Summary Judgment on or before 10 February 2017. On 13 March 2017, the Court ordered Plaintiffs to inform it why the case should not be dismissed for failure to prosecute. After conferring with Defendants' counsel, Plaintiffs herein respond to the Court's Minute Order.

The undersigned sincerely apologizes to the Court and Defendants for this extensive delay. As Defendants noted on 10 March 2017, the undersigned advised Defendants' counsel on 3 March 2017 that he had missed the 10 February 2017 deadline. In that discussion, he informed Defendants' counsel that his deadline was entered into his calendar program as that date—3 March—and that he had no explanation for the discrepancy, other than that "it is possible that I accidentally clicked on the wrong date when I added it." He advised Defendants' counsel that he did not realize the problem until that date, when he looked at the scheduling order for the purpose of meeting and conferring regarding an extension motion because of the unexpected press of business, primarily including being required to travel out of town for work on short

notice in late February.  As Defendants previously noted, Defendants' counsel stated that Defendants would take no position on such an extension request.

The undersigned delayed in filing the extension notice until he was certain how much time he would need to request, leading to Defendants' filing the document they filed on 10 March bringing this delay to the Court's attention.  The undersigned has been diligently working on this case and others since the Court issued its Minute Order, and he is filing a *nunc pro tunc* extension motion contemporaneously with this Response for the Court's consideration.

Date:   March 27, 2017

Respectfully submitted,

  /s/ Kelly B. McClanahan
Kelly B. McClanahan, Esq.
D.C. Bar #984704
National Security Counselors
4702 Levada Terrace
Rockville, MD  20853
301-728-5908
240-681-2189 fax
Kel@NationalSecurityLaw.org

*Counsel for Plaintiffs*